UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARSALAN SWEIDY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIFIRST CORPORATION; and Does, 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01085-AWI-BAM<br><br>[Assigned for all purposes to the Honorable Magistrate Judge Barbara A. McAuliffe]<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY ACTION PENDING ARBITRATION**<br><br>[*Filed concurrently with Joint Stipulation to Arbitrate and Stay Action Pending Arbitration*] |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

The above-entitled action and all issues arising in connection therewith shall be submitted to final and binding arbitration before Judicial Arbitration and Mediation Services ("JAMS"), as agreed upon by Plaintiff Arsalan Sweidy ("Plaintiff") and Defendant UniFirst Corporation ("Defendant") (collectively the "Parties") and in accordance with the terms of the Arbitration Agreement between the Parties and the Parties' Joint Stipulation to Arbitrate and Stay Action Pending Arbitration.

IT IS HEREBY ORDERED that:

1. The parties' joint stipulation to Arbitrate and Stay the Case, (Doc. 5), is APPROVED and GRANTED;

2. The litigation is STAYED in its entirety pending completion of the arbitration;

3. Every 120 days and no later than 30 days after the issuance of the arbitrator's decision, counsel SHALL file a joint status report; and

4. The Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

IT IS SO ORDERED.

Dated: __September 18, 2014__        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE