Joshua F. Richtel, Esq., #242141
TUTTLE & McCLOSKEY
A Professional Corporation
750 E. Bullard, Suite 101
Fresno, California 93710
Telephone: (559) 437-1770
Facsimile: (559) 437-0150
Email: joshr@t-m-law.co

Attorneys for Plaintiff, ARSALAN SWEIDY

Alison Lynch, Esq., #240346
Leslie J. Glyer, Esq., #251226
JACKSON LEWIS P.C.
5000 Birch Street, Suite 5000
Newport Beach, California 92660-2195
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: alison.lynch@jacksonlewis.com
Email: leslie.glyer@jacksonlewis.com

Attorneys for Defendant, UNIFIRST CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ARSALAN SWEIDY, ) | Case No. 1:14-cv-01085-AW1-BAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| UNIFIRST CORPORATION; and ) DOES 1-50, inclusive, ) | [Fed. Rules Civ. Proc., rule 41(a)] |
| Defendants. ) | |

    Plaintiff, ARSALAN SWEIDY ("Plaintiff"), and Defendant, UNIFIRST CORPORATION ("Defendant"), by and through their respective counsel, hereby stipulate and agree, in consideration

/ / /

/ / /

/ / /

Page 1

1  of a negotiated settlement executed by them, to dismiss with prejudice all claims and counterclaims
2  in this action.  Each party to bear its own attorney's fees and costs.

3

4  DATED:  November 6, 2014                    TUTTLE & McCLOSKEY
                                                A Professional Corporation
5

6
                                                By    /s/ Joshua F. Richtel
7                                                      JOSHUA F. RICHTEL
                                                       Attorneys for Plaintiff, ARSALAN SWEIDY
8

9

10
    DATED:  November 21, 2014                   JACKSON LEWIS P.C.
11

12
                                                By    /s/ Alison Lynch
13                                                     ALISON LYNCH
                                                       LESLIE J. GLYER
14                                                     Attorneys for Defendant, UNIFIRST CORPORATION

15

16                                **ORDER**

17      The stipulation is approved.  The entire action, including all claims and counterclaims stated
18  herein against all parties, is hereby dismissed with prejudice.

19
    IT IS SO ORDERED.
20
    Dated:   November 24, 2014                  _____
21                                                     SENIOR  DISTRICT  JUDGE
22

23

24

25

26

27

28